IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHELLEY VON BRINCKEN,

    Plaintiff,                    No.  2:12-cv-01689-GEB-CKD PS

    vs.

GMAC MORTGAGE, MORTGAGE
ELECTRONIC REGISTRATION SYSTEM,
INC., FEDERAL NATIONAL MORTGAGE
ASSOCIATION, THE LAW OFFICES OF PITE
DUNCAN, LLP.,
                                             ORDER

    Defendants.
_____/

        Plaintiff is proceeding pro se in this action, which has been referred to the undersigned pursuant to Local Rule 302(c)(21).  Defendants' motion to dismiss is presently noticed for hearing on the September 26, 2012 law and motion calendar of the undersigned. Opposition to a motion, or a statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing date.  E.D. Cal. L. R. 230(c).  Court records reflect that plaintiff has yet to file opposition or a statement of non-opposition to the motion though such filing was due on September 12, 2012.

        Failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the

1

1  Court." E.D. Cal. L. R. 11-110; see Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).

2  Additionally, "[n]o party will be entitled to be heard in opposition to a motion at oral arguments

3  if written opposition to the motion has not been timely filed." E.D. Cal. L. R. 230(c).  Pro se

4  litigants are bound by the rules of procedure, even though pleadings are liberally construed in

5  their favor.  King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Jacobsen v. Filler, 790 F.2d 1362,

6  1364-65 (9th Cir. 1986).  The Local Rules specifically provide that cases of persons appearing in

7  propria persona who fail to comply with the Federal and Local Rules are subject to dismissal,

8  judgment by default, and other appropriate sanctions.  E.D. Cal. L. R. 183.

9      Good cause appearing, IT IS HEREBY ORDERED that:

10     1. The hearing date of September 26, 2012 is vacated.  Hearing on defendants'

11 motion is continued to October 17, 2012 at 10:00 a.m. in courtroom no. 26.

12     2. Plaintiff is directed to file opposition, if any, to the motion, or a statement of

13 non-opposition thereto, no later than September 26, 2012.  Failure to file opposition and appear

14 at hearing, or to file a statement of non-opposition, will be deemed a statement of non-

15 opposition, and shall result in a recommendation that this action be dismissed.

16     3. Defendant's reply, if any, shall be filed no later than October 10, 2012.

Dated: September 17, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

9