IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHELLEY VON BRINCKEN,

    Plaintiff,                                NO. 2:12-cv-1689-GEB-CKD PS

    vs.

GMAC MORTGAGE, et al.,

    Defendants.                            ORDER

/

        Defendant Pite Duncan's motion to dismiss is currently set for hearing on October 17, 2012. Having reviewed the record and considering that plaintiff has failed to oppose defendant's motion, the court has determined that oral argument would not be of material assistance in determining this motion.[1] Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing of the parties on the issues presented. See E.D. Cal. L.R. 230(g).

\\\\\

\\\\\

---

[1] On September 17, 2012, the court directed the plaintiff to file an opposition or statement of non-opposition by September 26, 2012. Dkt. No. 11. The docket reflects that plaintiff has failed to comply with the court's order.

1

Accordingly, IT IS ORDERED that:

1. The October 17, 2012 hearing on the motion to dismiss, filed August 16, 2012, is vacated; and

2. The motion is submitted on the record.

Dated: October 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CKD:9
Von Brincken1689.VacHrg.wpd