IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHELLEY VON BRINCKEN,

    Plaintiff,    NO. 2:12-cv-1689 GEB CKD PS

  vs.

GMAC MORTGAGE, et al.,

    Defendants.    <u>ORDER</u>

_____/

        On October 23, 2012, defendant GMAC Mortgage filed a Notice of Bankruptcy and Effect of Automatic Stay. Dkt. no. 16. In the notice, defendant advised the court and the parties that the Bankruptcy Court had entered a final supplemental order granting, among other things, the Debtors' motion for limited relief from the automatic stay to permit non-Debtor parties in foreclosure and eviction proceedings, borrower bankruptcy cases and title disputes to continue to assert and prosecute certain defenses, claims and counter-claims ("Permitted Claims"). The Notice references an Exhibit A (copy of the Final Supplemental Order), which has not been submitted to the court.

        Despite the filing of the Notice of Bankruptcy, on October 26, 2012, defendants GMAC Mortgage and MERS filed a joinder in the motion to dismiss previously filed in this action. It appears that under the Bankruptcy's Court supplemental order, prosecution of

1

1  plaintiff's claim under the Fair Debt Collections Practices Act under 15 U.S.C. § 1692 against
2  defendant GMAC must be stayed as it is not a Permitted Claim.  No explanation is offered in
3  defendant's briefing regarding the apparent inconsistency in its actions of filing the Notice and a
4  motion to dismiss on a claim that cannot presently be prosecuted.
5           Accordingly, IT IS HEREBY ORDERED that:
6           1.  No later than November 21, 2012, defendant GMAC shall file a letter brief
7  setting forth the legal basis on which this court may resolve the motion to dismiss in light of the
8  Bankruptcy Court's supplemental order and shall submit as an exhibit a copy of that order.
9           2.  Plaintiff shall file opposition, if any, to the motion to dismiss (dkt. no. 18) no
10 later than December 14, 2012.
11          3.  Reply, if any, shall be filed no later than December 21, 2012.
12          4.  The matter shall thereafter stand submitted.

Dated: November 15, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 vonbrincken1689.fb

2